

Mary A. Schott
Clerk of Court

Entered on Docket
November 20, 2020
_____

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−20−12315−abl<br>CHAPTER 13 |
| CAY KEI TANOOKA | |
| Debtor(s) | ORDER GRANTING<br>APPLICATION TO<br>DEPOSIT UNCLAIMED FUNDS |

On 11/19/2020, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###